**Order entered March 18, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00087-CV

**ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, ET AL., Appellants**

**V.**

**ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER-FORT WORTH; AND BAYLOR HEALTH CARE SYSTEM, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

### ORDER

Before the Court is court reporter David Langford's March 17, 2020 request for additional time to file the reporter's record in this appeal. We **GRANT** the request to the extent we **ORDER** the reporter's record filed by **April 27, 2020**. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 30 days in ordinary appeal).

/s/     BILL WHITEHILL
        JUSTICE